Form 3-1

# UNITED STATES COURT
# OF INTERNATIONAL TRADE

**FORM 3**

| | |
|---|---|
| CAN THO IMPORT EXPORT SEAFOOD JOINT STOCK COMPANY<br><br>                              Plaintiff,<br><br>                    v.<br><br>UNITED STATES,<br><br>                              Defendant. | S U MM O N S<br><br>Court No. 24-00080 |

**TO:**   The Attorney General, the U.S. Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

*/s/ Mario Toscano*
Clerk of the Court

1.   <u>Name and Standing of Plaintiff</u>:

Plaintiff Can Tho Import Export Seafood Joint Stock Company ("CASEAMEX") is a foreign producer and/or exporter of the subject merchandise (*i.e.* Certain Frozen Fish Fillets from the Socialist Republic of Vietnam) subject to the final determination being challenged in this action. Therefore, Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(A), 19 U.S.C. § 1516a(f)(3), 19 U.S.C. § 1516a(a)(2)(A), and 28 U.S.C. § 2631(k)(1). Plaintiff was a named respondent and fully and actively participated in the underlying administrative proceeding through the submission of responses to questionnaires, submission of factual information, and written arguments. Thus, Plaintiff has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

Form 3-2

2. <u>Brief Description of Contested Determination</u>:

Plaintiff contests the factual findings and legal conclusions issued by the U.S. Department of Commerce ("Department") in the final results of the nineteenth administrative review of the antidumping duty order on Certain Frozen Fish Fillets from the Socialist Republic of Vietnam covering shipments of subject merchandise during the time period August 1, 2021 through July 31, 2022. *See Certain Frozen Fish Fillets from the Socialist Republic of Vietnam: Final Results and Partial Rescission of Administrative Review; 2021-2022* (A-552-801); 89 Fed. Reg. 18,595 (March 14, 2024) ("Final Results") and accompanying Issues and Decision Memorandum dated March 5, 2022 ("Final Decision Memo"). These results are contested pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i)(l), 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c).

3. <u>Date of Determination</u>:

The Department's above-referenced Final Results of Antidumping Duty Administrative Review was issued on March 5, 2024, and published in the Federal Register on March 14, 2024. *See* 89 Fed. Reg. 18,595 (March 14, 2024). The Department's Final Decision Memo was issued on March 5, 2024.

4. <u>If Applicable, Date of Publication in Federal Register of Notice of Contested Determination</u>:

The Department's above-referenced Final Results of Antidumping Duty Administrative Review was published in the Federal Register on March 14, 2024. *See* 89 Fed. Reg. 18,595 (March 14, 2024). The Department's Final Decision Memo was not published in the Federal Register.

Date:     April 11, 2024          Robert L. LaFrankie, Esq.

                                       */s/* Robert L. LaFrankie

                                  Crowell & Moring LLP
                                  1001 Pennsylvania Avenue, N.W.
                                  Washington, DC 20004-2595
                                  (202) 624.2500
                                  rlafrankie@crowell.com

Form 3-3

## SERVICE OF SUMMONS BY THE CLERK

This is an action described in 28 U.S.C. § 1581(c) to contest a determination listed in section 516A(a)(2) of the Tariff Act of 1930, as amended (19 U.S.C. § 1516a(a)(2)). Pursuant to Rule 3(a)(2), this action is commenced by filing a summons only. Pursuant to Rules 4(a)(1) and (4), the Clerk of the Court is required to make service of the summons on each of the following named defendants:

**UPON THE UNITED STATES:**
Attorney-In-Charge
International Trade Field Office
U.S. Department of Justice
National Courts Branch, Room 346
26 Federal Plaza
New York, NY 10278

Attorney-in-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

**UPON THE DEPARTMENT OF COMMERCE:**
Office of the General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th and Constitution Avenue,
Washington DC 20230

Robert Heilferty
Chief Counsel
Office of the Chief Counsel for Trade Enforcement
and Compliance International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

*(Plaintiff has also separately served the above via first class registered mail)*

DCACTIVE-76111025.1